# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2024-0167**
Daniel Ralph Leon Bess v. State of Alabama (Appeal from Lee Circuit Court:  CC-21-489.70)

# NOTICE

You are hereby notified that on October 11, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk